**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507

JOHN H. DOUGLAS, CA BAR NO. 178966, jdouglas@foley.com
CHRISTOPHER G. WARD, CA BAR NO. 238777, cward@foley.com
NAN CHEN, CA BAR NO. 268991, nchen@foley.com
ATTORNEYS FOR DEFENDANTS MENZIES AVIATION, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANSELMO ESTRADA, an individual, | CASE NO: 3:11-CV-02188-EMC |
| PLAINTIFF, | **STIPULATION TO CONTINUE HEARINGS ON MENZIES AVIATION, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND MOTION FOR LEAVE TO FILE COUNTERCLAIM** ; ORDER |
| v. | |
| MENZIES AVIATION, INC., A DELAWARE CORPORATION; and DOES 1-50, inclusive, | |
| DEFENDANTS. | ORIGINAL COMPLAINT FILED: APRIL 1, 2011 |
| | DATE REMOVED FROM STATE COURT: MAY 4, 2011 |
| | CURRENT DATE: APRIL 13, 2012 |
| | TIME: 1:30 PM |
| | LOCATION: 450 GOLDEN GATE AVE, SAN FRANCISCO, CA |
| | PROPOSED DATE: APRIL 27, 2012 |
| | JUDGE: EDWARD M. CHEN |

1
STIPULATION TO CONTINUE HEARINGS ON MENZIES' MOTIONS TO FILE FIRST AMENDED
ANSWER AND COUNTERCLAIM
CASE NO. 3:11-cv-02188 EMC

4830-0774-5295.1

Plaintiff Anselmo Estrada (hereinafter referred to as "Plaintiff"), pro se, and Defendant Menzies Aviation, Inc., (hereinafter referred to as "Defendant"), by and through its counsel of record, hereby agree and stipulate as follows:

WHEREAS on March 2, 2012, Defendant filed its Unopposed Motion for Leave to File First Amended Answer.

WHEREAS on March 2, 2012, Defendant filed its Motion for Leave to File a Counterclaim for Fraud in the Inducement.

WHEREAS both motions are currently scheduled for hearing on April 13, 2012, at 1:30 P.M., before the Honorable Judge Edward M. Chen.

WHEREAS on April 9, 2012, Plaintiff informed Defendant that he has bronchitis and will be unable to attend the hearing as scheduled.

WHEREAS Plaintiff currently believes that he will be unable to attend the hearings on Defendant's Unopposed Motion for Leave to File First Amended Answer and Motion for Leave to File a Counterclaim for Fraud in the Inducement, as currently scheduled.

**IT IS HEREBY STIPULATED AND AGREED**:

1. The hearing on Defendant's Unopposed Motion for Leave to File First Amended Answer shall be continued to April 27, 2012, at 1:30 PM, or the first available date on the Court's calendar thereafter.

2. The hearing on Defendant's Motion for Leave to File a Counterclaim for Fraud in the Inducement shall be continued to April 27, 2012, at 1:30 PM, or the first available date on the Court's calendar thereafter.

IT IS SO STIPULATED

//
//
//
//

Plaintiff Anselmo Estrada (hereinafter referred to as "Plaintiff"), pro se, and Defendant Menzies Aviation, Inc., (hereinafter referred to as "Defendant"), by and through its counsel of record, hereby agree and stipulate as follows:

WHEREAS on March 2, 2012, Defendant filed its Unopposed Motion for Leave to File First Amended Answer.

WHEREAS on March 2, 2012, Defendant filed its Motion for Leave to File a Counterclaim for Fraud in the Inducement.

WHEREAS both motions are currently scheduled for hearing on April 13, 2012, at 1:30 P.M., before the Honorable Judge Edward M. Chen.

WHEREAS on April 9, 2012, Plaintiff informed Defendant that he has bronchitis and will be unable to attend the hearing as scheduled.

WHEREAS Plaintiff currently believes that he will be unable to attend the hearings on Defendant's Unopposed Motion for Leave to File First Amended Answer and Motion for Leave to File a Counterclaim for Fraud in the Inducement, as currently scheduled.

**IT IS HEREBY STIPULATED AND AGREED**:

- The hearing on Defendant's Unopposed Motion for Leave to File First Amended Answer shall be continued to April 27, 2012, at 1:30 PM, or the first available date on the Court's calendar thereafter.
- The hearing on Defendant's Motion for Leave to File a Counterclaim for Fraud in the Inducement shall be continued to April 27, 2012, at 1:30 PM, or the first available date on the Court's calendar thereafter.

IT IS SO STIPULATED

DATE: APRIL 12, 2012

By: _____
ANSELMO ESTRADA

2
STIPULATION TO CONTINUE HEARINGS ON MENZIES' MOTIONS TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM
CASE NO. 3:11-cv-02188 EMC

4830-0774-5295.1

DATE: APRIL 12, 2012

By: _____
ANSELMO ESTRADA
PRO SE

DATE: APRIL 12, 2012                    FOLEY & LARDNER LLP
                                        JOHN H. DOUGLAS
                                        CHRISTOPHER G. WARD
                                        NAN CHEN

By: /s/ Nan Chen _____
NAN CHEN
ATTORNEYS FOR DEFENDANTS MENZIES AVIATION, INC.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

cc: Plaintiff



3
STIPULATION TO CONTINUE HEARINGS ON MENZIES' MOTIONS TO FILE FIRST AMENDED
ANSWER AND COUNTERCLAIM
CASE NO. 3:11-cv-02188 EMC

4830-0774-5295.1

# PROOF OF SERVICE

I am employed in the **County of San Francisco**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is **555 California Street, Suite 1700, San Francisco, CA 94104-1520**.

On **April 12, 2012**, I served the foregoing document(s) described as: **STIPULATION TO CONTINUE HEARINGS ON MENZIES AVIATION, INC.'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND MOTION FOR LEAVE TO FILE COUNTERCLAIM** on the interested party(s) in this action as follows:

✓    BY THE FOLLOWING MEANS:
     I placed an original enclosed in sealed envelope(s) addressed as follows:

Anselmo A. Estrada
2863 – 23rd Street
San Francisco, CA  94110

✓    BY MAIL
     ✓    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Francisco, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

✓    Executed on **April 12, 2012**, at **San Francisco, California**.

✓    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
✓    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Laura Lee
Laura Lee